DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
Roman Shkodnik (SBN 276295)
roman@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiff RUDY SANDOVAL,
on behalf of himself and others similarly situated


Joseph C. Liburt (SBN 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Katie E. Briscoe (SBN 287629)
kbriscoe@orrick.com
Alexandra Guerra (SBN 319412)
aguerra@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916)447-9200
Facsimile: (916)329-4900 Attorneys for Defendant US FOODS INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY SANDOVAL, on behalf of himself and others similarly situated,<br><br>               Plaintiff,<br><br>  vs.<br><br><br>US FOODS INC. dba US FOODSERVICE, INC., a Delaware Corporation; and DOES 1 through 50, inclusive, | Case No. 2:20-cv-00423-TLN-CKD<br><br>**ORDER**<br><br>Judge:        Troy L. Nunley<br>Courtroom:  2<br>Complaint Filed:  January 21, 2020 |

ORDER

**ORDER**

GOOD CAUSE APPEARING THEREFORE, **IT IS SO ORDERED** that the hearing on Defendant US Foods Inc.'s Motion to Dismiss, to Strike or, Alternatively for More Definite Statement ("Motion") currently scheduled for April 30, 2020 at 2:00 p.m. in Court Room No. 2 shall be continued to August 6, 2020 at 2:00 p.m. in Court Room No. 2.  The Opposition and Reply shall be filed pursuant to the new hearing date on Defendant's Motion.

IT IS SO ORERED:

Dated: April 16, 2020

Troy L. Nunley
United States District Judge