DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
Roman Shkodnik (SBN 276295)
roman@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiff RUDY SANDOVAL,
on behalf of himself and others similarly situated

Joseph C. Liburt (SBN 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Katie E. Briscoe (SBN 287629)
kbriscoe@orrick.com
Alexandra Guerra (SBN 319412)
aguerra@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916)447-9200
Facsimile: (916)329-4900

Attorneys for Defendant US FOODS, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY SANDOVAL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>US FOODS, INC. dba US FOODSERVICE, INC., a Delaware Corporation; and DOES 1 through 50, inclusive, | Case No. 2:20-cv-00423-TLN-CKD<br><br>**ORDER**<br><br>Judge:         Troy L. Nunley<br>Courtroom:   2<br><br>Complaint Filed:   January 21, 2020 |

**ORDER**

The Court has considered the Joint Stipulation for Entry of an Order Granting Plaintiff Leave to File a First Amended Complaint ("Joint Stipulation") filed by Plaintiff Rudy Sandoval ("Plaintiff"), on behalf of himself and all others similarly situated, and Defendant US Foods, Inc. ("Defendant") (Plaintiff and Defendant hereinafter collectively referred to as the "Parties"), and the proposed First Amended Complaint, in the form attached at **Exhibit 1** to the Joint Stipulation.

With good cause appearing, and pursuant to the Joint Stipulation, the Court approves the Joint Stipulation and it is hereby ordered that:

1. Plaintiff is granted leave to file the First Amended Complaint provided at **Exhibit 1** to the parties' Joint Stipulation;

2. Plaintiff's First Amended Complaint is deemed filed by the Court upon the filing of the parties' Joint Stipulation; and

3. The Motion shall remain on calendar and be deemed filed in response to the First Amended Complaint such that Defendant need not otherwise respond to the First Amended Complaint until thirty (30) days after the Court rules on the Motion.

Dated: May 5, 2020

                                                          Troy L. Nunley
                                                          United States District Judge