DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
Roman Shkodnik (SBN 276295)
roman@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiff RUDY SANDOVAL,
on behalf of himself and others similarly situated

Joseph C. Liburt (SBN 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Katie E. Briscoe (SBN 287629)
kbriscoe@orrick.com
Alexandra Guerra (SBN 319412)
aguerra@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916)447-9200
Facsimile: (916)329-4900 Attorneys for Defendant US FOODS INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY SANDOVAL, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>US FOODS, INC. dba US FOODSERVICE, INC., a Delaware Corporation; and DOES 1 through 50, inclusive, | Case No. 2:20-cv-00423-TLN-CKD<br><br>**ORDER**<br><br>Judge:          Troy L. Nunley<br>Courtroom:   2 |

**ORDER**

The Court has considered the Joint Stipulation and Request to Remand Action to San Joaquin County Superior Court ("Joint Stipulation") filed by Plaintiff Rudy Sandoval ("Plaintiff"), on behalf of himself and all other similarly situated employees of Defendant US Foods, Inc. ("Defendant") (collectively, "the Parties") and Defendant. Having reviewed the aforementioned stipulation, and with good cause appearing, it is hereby ORDERED that:

1. The Parties' Joint Stipulation is GRANTED and the Court hereby remands this Action (ED Cal. Case No. 2:20-cv-00423-TLN-CKD) in its entirety to San Joaquin County Superior Court for all further proceedings;

2. Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this Action.

**IT IS SO ORDERED.**

IT IS SO ORDERED:

Dated: August 6, 2020

_____
Troy L. Nunley
United States District Judge